1 | PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
2 | PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
3 | ELIZABETH D. KURLAN (CABN 255869)
Assistant United States Attorney
4 |
5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7298
6 | Facsimile: (415) 436-6748
Elizabeth.Kurlan@usdoj.gov
7 |
8 | Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| YUEWU ZHANG, | C 3:25-cv-01413-SK |
| Plaintiff, | |
| v. | **STIPULATION TO STAY PROCEEDINGS; ORDER** |
| KRISTI NOEM,[1] Secretary, United States Department of Homeland Security, *et al*., | |
| Defendants. | |

The parties, through their attorneys, hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until September 30, 2025. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

1.      Plaintiff filed this action seeking adjudication of his Form I-589, Application for Asylum and Withholding of Removal. United States Citizenship and Immigration Services ("USCIS") scheduled an interview for June 2, 2025. USCIS will work diligently towards completing adjudication of the I-589 application, absent the need for further adjudicative action or unforeseen circumstances that would

---

[1] Kristi Noem is automatically substituted as the defendant in this matter in accordance with Federal Rule of Civil Procedure 25(d).

Stip. to Stay Proceedings
C 3:25-cv-01413-SK                           1

1    require additional time for adjudication.

2          2.      Plaintiff agrees to submit all supplemental documents and evidence to USCIS seven to

3 ten days prior to the agreed upon scheduled interview. Plaintiff recognizes that failure to submit these

4 documents seven to ten days prior to the interview may result in the interview being rescheduled at no

5 fault of USCIS.

6          3.      If needed by Plaintiff or his dependent(s), Plaintiff shall bring his own interpreter to his

7 asylum interview. *See* https://www.uscis.gov/newsroom/alerts/affirmative-asylum-applicants-must-

8 provide-interpreters-starting-sept-13.  Plaintiff recognizes that failure to bring an interpreter to his

9 interview may result in the interview being rescheduled at no fault of USCIS.

10          4.      Upon receipt of the Asylum Office's decision, Plaintiff agrees to voluntarily dismiss the

11 case.

12          5.      The parties agree to bear their own litigation costs and attorney fees.

13          Accordingly, the parties stipulate and request that the proceedings in this case be stayed until

14 September 30, 2025, at which time the parties will file a joint status report with the Court. At that time,

15 the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if

16 appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this

17 case will benefit the parties and conserve the Court's resources while the parties pursue a potential

18 administrative resolution.

19

20 Dated: April 16, 2025                   Respectfully submitted[2],

21                                      PATRICK D. ROBBINS

22                                      Acting United States Attorney

23                                      *s/ Elizabeth Kurlan*

                                     ELIZABETH D. KURLAN

24                                      Assistant United States Attorneys

                                     Attorneys for Defendants

25

26

27 Dated:  April 16, 2025

28
                            
[2] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*s/ Justin Wang*
JUSTIN WANG
Baughman & Wang, PC
Attorney for Plaintiff

## ORDER

Pursuant to the parties' stipulation, the Court STAYS the proceedings in this case until September 30, 2025, at which time the parties shall file a joint status report with the Court.

**IT IS SO ORDERED.**

Date: April 16, 2025

HON. SALLIE KIM
United States Magistrate Judge

Stip. to Stay Proceedings
C 3:25-cv-01413-SK                                   3